**EXHIBIT A**

| Plaintiff Name | Filing No. |
|---|---|
| Johnson, Holly D. | 1:17-cv-01229 |
| Neibert, Linda | 1:17-cv-01720 |
| Lewis, Danny W. | 1:17-cv-02295 |
| Silk, Robin | 1:17-cv-02298 |
| Urtado, Nicolas | 1:17-cv-02300 |
| Reeby, Robert M. | 1:17-cv-02302 |
| Carter, Sonja | 1:17-cv-02587 |
| Wimberley, Jerry | 1:17-cv-02588 |
| Hendrickson, John | 1:17-cv-03808 |
| Reece, Johnny | 1:17-cv-03811 |
| Casino, Christopher | 1:17-cv-04535 |
| Riley, Richard | 1:17-cv-04536 |
| Alexander, Edward | 1:17-cv-04679 |
| Fritz, Larry | 1:17-cv-04680 |
| Stephens, Laurie | 1:18-cv-01033 |
| Bernero, Joseph | 1:18-cv-01726 |
| Breniser, Glenn | 1:18-cv-01727 |
| Bailey, John Henry | 1:18-cv-01940 |
| Johnson, Jeffrey | 1:18-cv-02467 |
| Avilez, Michael | 1:18-cv-02811 |
| Wade, Tamara | 1:18-cv-02812 |
| Britt-Cross, Michelle | 1:18-cv-02890 |
| Romero, Tracy | 1:18-cv-03318 |
| Wohlrab, Walter | 1:18-cv-03319 |
| Chavez, Christine | 1:20-cv-00832 |
| Lucas, Carrie | 1:20-cv-00951 |
| Cox, Walter | 1:20-cv-02750 |
| Martinez, Raymond | 1:20-cv-06240 |
| Barker, Bryan | 1:21-cv-00667 |
| Huntington, James | 1:21-cv-00946 |